# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JERRICA L. JEFFERSON, | ) |
|     Plaintiff, | ) |
| v. | ) No. 2:25-cv-02121-SHL-cgc |
| UNITED PARCEL SERVICE, INC., | ) |
|     Defendant. | ) |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's pro se Complaint (ECF No. 2), filed February 3, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation (ECF No. 21), filed January 15, 2026, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 15, 2026
Date